UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. ANDERSON,<br><br>    Petitioner,<br><br>    v.<br><br>STEWARD SHERMAN,<br><br>    Respondent. | Case No. 2:21-cv-0120-KJM-JDP (HC)<br><br>ORDER DIRECTING PETITIONER TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an application to proceed *in forma pauperis* or paid the required $5.00 filing fee. *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee.

In accordance with the above, it is hereby ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee;

2. Petitioner's failure to comply with this order may result in a recommendation that this action be dismissed; and

3. The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

1

1   IT IS SO ORDERED.

3   Dated:   February 10, 2021   _____
                                                    JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE